United States Courts
Southern District of Texas
FILED

NOV 16 2021  RG

Nathan Ochsner, Clerk
Laredo Division

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO. **L-21-1853** |
| | § | |
| JESUS OCHOA | § | |
| LUIS ARMANDO GARCIA | § | |
| DAISY MORENO | § | |

**DS**

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

Between on or about November 19, 2020, and on or about November 21, 2020, in the Southern District of Texas and elsewhere, and within the jurisdiction of the Court, Defendants,

**JESUS OCHOA and**
**LUIS ARMANDO GARCIA,**

did knowingly conspire and agree with each other and with other persons known and unknown to the grand jurors, to kidnap, seize, confine, and hold for ransom, reward, and otherwise, one and more of the following persons,

**JULIO CESAR LOERA CORTEZ,**
**GERARDO MORGA-RODRIGUEZ,**
**ALEJANDRO JUSTINO MORGA-COLON, and**
**CHRISTIAN ARIAS RAMOS**

and in committing and in furtherance of the commission of the offense, at least one or more of the defendants used a means, facility, and instrumentality of interstate commerce, to wit: a cellular telephone, and a vehicle.

**Overt Acts**

In furtherance of the conspiracy, and to effect the objects thereof, one or more of the defendants committed one or more of the following overt acts, in the Southern District of Texas and elsewhere including, among others:

1. On or about November 19, 2020, **LUIS ARMANDO GARCIA** used a vehicle to transport JULIO CESAR LOERA CORTEZ, GERARDO MORGA-RODRIGUEZ, ALEJANDRO JUSTINO MORGA-COLON, and CHRISTIAN ARIAS RAMOS to a residence.

2. Between on or about November 19, 2020, and November 21, 2020, **JESUS OCHOA** told JULIO CESAR LOERA CORTEZ, GERARDO MORGA-RODRIGUEZ, and CHRISTIAN ARIAS RAMOS to contact their family members.

3. Between on or about November 19, 2020, and November 21, 2020, **JESUS OCHOA** displayed a firearm in his waistband to JULIO CESAR LOERA CORTEZ, GERARDO MORGA-RODRIGUEZ, ALEJANDRO JUSTINO MORGA-COLON, and CHRISTIAN ARIAS RAMOS.

4. Between on or about November 19, 2020, and November 21, 2020, **LUIS ARMANDO GARCIA** pointed a firearm at GERARDO MORGA-RODRIGUEZ.

5. Between on or about November 19, 2020, and November 21, 2020, **JESUS OCHOA** pointed a firearm at CHRISTIAN ARIAS RAMOS.

6. Between on or about November 19, 2020, and November 21, 2020, **JESUS OCHOA** pointed a firearm at JULIO CESAR LOERA CORTEZ.

7. Between on or about November 19, 2020, and November 21, 2020, **JESUS OCHOA** used a cellular telephone to place telephone calls to third parties located in the States of South Carolina, New Jersey, and Florida.

8. Between on or about November 19, 2020, and November 21, 2020, **JESUS OCHOA** communicated threats to third parties to cause bodily injury to JULIO CESAR LOERA CORTEZ and CRISTIAN OXIEL ARIAS-RAMOS.

9. Between on or about November 19, 2020, and November 21, 2020, **JESUS OCHOA** requested J.V.L. to send United States Currency via wire transfer.

10. Between on or about November 19, 2020, and November 21, 2020, **JESUS OCHOA** went to a Walmart in Laredo, Texas, to retrieve United States Currency sent via wire transfer.

11. On or about November 21, 2020, **LUIS ARMANDO GARCIA** used a vehicle to transport JULIO CESAR LOERA CORTEZ, GERARDO MORGA-RODRIGUEZ, ALEJANDRO JUSTINO MORGA-COLON, and CHRISTIAN ARIAS RAMOS from a residence located in or around Laredo, Texas, to another location in Laredo, Texas.

In violation of Title 18 United States Code, Sections 1201(a)(1) and (c).

## COUNT TWO

Between on or about November 19, 2020, and November 21, 2020 in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**JESUS OCHOA and
LUIS ARMANDO GARCIA,**

did unlawfully and willfully kidnap, seize, confine, and hold for ransom, reward, and otherwise, one and more of the following persons,

**JULIO CESAR LOERA CORTEZ,
GERARDO MORGA-RODRIGUEZ,
ALEJANDRO JUSTINO MORGA-COLON, and
CHRISTIAN ARIAS RAMOS**

and, in committing or in furtherance of the commission of the offense, at least one or more of the defendants used a means, facility, and instrumentality of interstate commerce, to wit: a cellular telephone and a vehicle, in violation of Title 18 United States Code, Sections 1201(a)(1), and Title 18 United States Code, Section 2.

## COUNT THREE

Between on or about November 19, 2020, and November 21, 2020, in the Southern District of Texas and elsewhere, and within the jurisdiction of the Court, Defendants,

**JESUS OCHOA and
LUIS ARMANDO GARCIA,**

did knowingly conspire and agree with each other and with other persons known and unknown to the grand jurors to intentionally seize and detain and threaten to kill, injure, and continue to detain one and more of the following persons,

**JULIO CESAR LOERA CORTEZ,
GERARDO MORGA-RODRIGUEZ,
ALEJANDRO JUSTINO MORGA-COLON, and
CHRISTIAN ARIAS RAMOS**

in order to compel a third person to perform an act, specifically to pay a sum of U.S. currency, ransom, and reward, as an explicit and implicit condition for the release for the said persons seized and detained,

### Overt Acts

in furtherance of the conspiracy, and to effect the objects thereof, one or more of the defendants committed one or more of the following overt acts, in the Southern District of Texas, including among others: the Overt Acts alleged in Count One are re-alleged and herein incorporated by reference, in violation of Title 18, United States Code, Section 1203(a).

## COUNT FOUR

Between on or about November 19, 2020, and November 21, 2020, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**JESUS OCHOA and
LUIS ARMANDO GARCIA,**

did intentionally seize and detain and threaten to kill, injure, and continue to detain one and more of the following persons,

**JULIO CESAR LOERA CORTEZ,
GERARDO MORGA-RODRIGUEZ,
ALEJANDRO JUSTINO MORGA-COLON, and
CHRISTIAN ARIAS RAMOS**

in order to compel a third person to perform an act, specifically to pay a sum of U.S. currency, ransom, and reward, as an explicit and implicit condition for the release for the said persons seized and detained, in violation of Title 18, United States Code, Sections 1203(a) and Title 18, United States Code, Section 2.

## COUNT FIVE

Between on or about November 19, 2020, and November 21, 2020, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**JESUS OCHOA and
LUIS ARMANDO GARCIA,**

aiding and abetting each other, did knowingly transmit in interstate and foreign commerce any communication containing any threat to injure the person of another, with intent to extort from any person, any money and other thing of value, in violation of title 18, United States Code, Section 875(b) and Title 18, United States Code, Section 2.

## COUNT SIX

On or about December 13, 2020, in the Southern District of Texas, Defendant,

**DAISY MORENO,**

knowing that an offense against the United States has been committed, to wit: kidnapping or hostage taking, did receive, relieve, comfort, and assist the offender, Jesus Ochoa, in order to hinder and prevent the offender's apprehension, trial, and punishment, in violation of 18 U.S.C. Section 3

**COUNT SEVEN**

On or about March 22, 2019, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JESUS OCHOA,**

did knowingly conspire and agree with other persons known and unknown to the grand jurors, to transport and move and attempt to transport and move within the United States by means of transportation and otherwise, an alien who had come to, entered, and remained in the United States in violation of law, in furtherance of such violation, in violation of Title 8, United States Code, Section 1324 (a)(1)(A)(ii) and (v)(I).

**ORIGINAL SIGNATURE ON FILE**

FOREMAN OF THE GRAND JURY

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

Michael Makens
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET NO. L-21-1853

__LAREDO__ DIVISION

FILE: 20-04468
INDICTMENT          Filed: November 16, 2021          Judge:_____

UNITED STATES OF AMERICA

ATTORNEYS:

VS.

JENNIFER B. LOWERY, ACTING USA
MICHAEL MAKENS, AUSA

**JESUS OCHOA**
**LUIS ARMANO GARCIA**
**DAISY MORENO**

## CHARGE:

| | |
|---|---|
| Count 1: | Conspiracy to kidnap [18 USC 1201(a) and (c)] |
| Count 2: | Kidnapping [18 USC 1201(a) and 18 USC 2] |
| Count 3: | Conspiracy to hostage take [18 USC 1203(a)] |
| Count 4: | Hostage taking [18 USC 1203(a) and 18 USC 2] |
| Count 5: | Interstate communication with intent to extort [18 USC 875(b) and 18 USC 2] |
| Count 6: | Accessory after the fact [18 USC 3] |
| Count 7: | Conspiracy to transport an undocumented alien [8 USC 1324 (a)(1)(A)(ii) and (v)(I)] |

## TOTAL COUNTS: 7

## PENALTY:

| | |
|---|---|
| Counts 1-4: | Not more than life imprisonment and/or $250,000 fine |
| | Not more than a 5-year term of supervised release |
| Count 5: | Not more than 20 years imprisonment and/or $250,000 fine |
| | Not more than a 5-year term of supervised release |
| Count 6: | Not more than 15 years imprisonment and/or $125,000 fine |
| | Not more than a 3-year term of supervised release |
| Count 7: | Not more than 10 years imprisonment and/or $250,000 fine |
| | Not more than a 3-year term of supervised release |

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: